MOODY TIRE SERVICE INC
BALANCE SHEET
AS OF JULY 31, 2011

|  | CURRENT YEAR | PREVIOUS YEAR |
|---|---|---|
| **ASSETS** | | |
| Current Assets | | |
| Cash on Hand | 3,000.00 | 1,600.00 |
| Cash in Bank | 100,429.07 | (160,964.11) |
| R OFFICERS | 156,551.25 | |
| Accounts Receivable | 514,408.69 | 561,494.78 |
| Allowance Doubtful Accounts | 0.00 | 0.00 |
| Inventory - New Tires | 3,526.91 | 85,723.98 |
| Inventory - Retread Material | 1,913.93 | 55,418.29 |
| Total Current Assets | 783,845.85 | 543,272.94 |
| | | |
| Fixed Assets | | |
| Land | 0.00 | 0.00 |
| Buildings | 0.00 | 0.00 |
| Leasehold Improvements | 152,614.58 | 152,614.58 |
| Shop Equipment | 206,201.16 | 206,201.16 |
| Vehicles | 174,925.22 | 203,515.39 |
| Retread Equipment | 10,748.66 | 223,277.91 |
| Office Equipment | 14,505.09 | 14,505.09 |
| Accumulated Depreciation | (464,845.28) | (645,193.39) |
| Total Fixed Assets | 94,149.51 | 154,920.74 |
| | | |
| Other Assets | | |
| Deposits | 0.00 | 0.00 |
| Cash Surr. Value Life Ins | 35,846.73 | 115,342.42 |
| Total Other Assets | 35,846.73 | 115,342.42 |
| | | |
| Total Assets | 919,842.09 | 813,534.10 |

MOODY TIRE SERVICE INC
BALANCE SHEET
AS OF JULY 31, 2011

|  | CURRENT YEAR | PREVIOUS YEAR |
|---|---|---|
| **LIABILITIES AND STOCKHOLDERS EQUITY** | | |
| Current Liabilities | | |
| Accounts Payable - Trade | 142,588.89 | 113,988.00 |
| Accounts Payable - Inv Receipts | 0.00 | 0.00 |
| Accounts Payable - General | 0.06 | 0.00 |
| Accounts Payable - Michelin | 0.00 | 0.00 |
| Accounts Payable - Welch | 0.00 | 0.00 |
| Accounts Payable - General Claim | 0.00 | 0.00 |
| Federal Income Taxes Withheld | 0.00 | 0.00 |
| FICA Withheld & Accrued | 0.00 | 0.00 |
| State Income Tax Withheld | 3,986.42 | 6,878.30 |
| Unemployment Tax Payable | (6,931.46) | (3,802.67) |
| Ga Income Tax Payable | 0.00 | 0.00 |
| Federal Income Tax Payable | 0.00 | 0.00 |
| Employee Deductions Payable | 1,499.64 | 1,660.37 |
| Withheld Insurance Payable | 1,111.86 | 3,466.74 |
| Uniforms Payable | 0.00 | 237.43 |
| Sales Tax Payable | 18,107.77 | 19,329.25 |
| Total Current Liabilities | 160,663.12 | 141,767.92 |
| | | |
| Long Term Liabilities | | |
| NOTE PAYABLE - COMPASS BANK | 67,533.03 | 137,954.75 |
| NOTE PAYABLE - FIRST NAT'L BANK | 0.00 | 0.00 |
| Note Payable - Capital Bank | 0.00 | 0.00 |
| NOTE PAYABLE - MONTG TEACHERS FCU | 0.00 | 5,608.93 |
| Note Payable - BMW Bank | 0.00 | 0.00 |
| Note Payable - Chase Bank | 5,609.03 | 11,854.91 |
| Note Payable - Colonial - Computer | 0.00 | 0.00 |
| Note Payable - Ford Motor Credit | 0.00 | 0.00 |
| Note Payable - Regions Bank | 0.00 | 0.00 |
| Note Payable - ~~Sterling Bank~~ Superior | 326,714.27 | 301,086.50 |
| Note Payable - GMAC | 0.00 | 0.00 |
| LEASE PAYABLE-REGIONS LEASING | 0.00 | 0.00 |
| Note Payable - Officers | 0.00 | 0.00 |
| Note Payable - Louise Moody | 105,566.25 | 107,715.25 |
| Deferred Income Tax | 0.00 | 0.00 |
| Accrued Interest and Rent | 0.00 | 0.00 |
| Loan Payable - Life Insurance | 32,314.33 | 107,036.94 |
| Total Long Term Liabilities | 537,162.97 | 671,457.28 |
| | | |
| Total Liabilities | 697,826.09 | 813,225.20 |
| | | |
| Stockholders Equity | | |
| Capital Stock | 10,000.00 | 10,000.00 |
| Retained Earnings | 142,131.64 | 148,234.27 |
| Accumulated Other Comp Income | 0.00 | 0.00 |
| Current Year Profit/Loss | 69,584.16 | (21,269.18) |
| Total Stockholders Equity | 222,016.00 | 136,965.09 |

MOODY TIRE SERVICE INC
BALANCE SHEET
AS OF JULY 31, 2011

tal Liabilities and
ockholders Equity         919,246.09              950,190.29