IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE: CHAPTER 11 CASE

NO. 11-

**MOODY TIRE SERVICE, INC,**

Debtor.

**AFFIDAVIT**

COME NOW, the Debtor in Possession, affiants, and pursuant to 11 U.S.C. § 1116(1), says as follows, to wit:

1. Debtor understands itself to be a "small business debtor" as defined by 11 U.S.C. § 105(51D).

2. There have been no statements of operations, and/or cash-flow statements prepared with regard to the Debtor.

Debtor

MOODY TIRE SERVICE, INC

_____
Frank Moody

STATE OF ALABAMA
MONTGOMERY COUNTY

I, Stacie Hamm, a Notary Public, in and for said County and State, hereby certify that Frank Moody as President of Moody Tire Service, Inc. and who is signed to the foregoing Affidavit and is known to me, being first duly sworn under oath, acknowledge before me on this day, that being informed of the contents of said Affidavit she executed the same voluntarily for said corporation on this the 1st day of August, 2011.

_____
Notary Public
My Commission Expires: 4/1/2012